**People of the State of Illinois, Plaintiff-Appellee,
v. Ray Brown, Defendant-Appellant.**

**Gen. No. 50,413. (Abstract of Decision.)**

First District, Second Division.

June 7, 1966.

Marshall A. Patner, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joel M. Flaum, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.

**Golda Atherton, Plaintiff-Appellant, v. City of Champaign, a Municipal Corporation, and American Casualty Company of Reading, Pennsylvania, a Corporation, and H. R. Bresee, d/b/a Midwest Adjustment Company, and John Curtis, Defendants-Appellees.**

**Gen. No. 10,644. (Abstract of Decision.)**

Fourth District.

June 6, 1966.

Mort A. Segall, of Champaign, for appellant; Reno, O'Byrne & Kepley, of Champaign (Vance I. Kepley, of counsel), for appellees, American Casualty Company and City of Champaign; Albert Tuxhorn and T. G. Knappengerger, Jr., of Champaign, for appellee, City of Champaign. Opinion by JUSTICE CRAVEN. Not to be published in full.

## People of the State of Illinois, Plaintiff-Appellee, v. Larry Jon Sax, Defendant-Appellant.

### Gen. No. 10,695. (Abstract of Decision.)

Fourth District.

June 6, 1966.

Eugene M. Pratt, of Peoria, for appellant; B. H. Hushen, State's Attorney of Woodford County, of Eureka, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.